IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA BIEROS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 19-5525 |
| | : | |
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 26th day of June, 2020, upon consideration of the parties' submissions in this case, **IT IS ORDERED** that:

1. Defendant's Uncontested Motion to Remand (Doc. No. 17) and Plaintiff's Request for Review (Doc. No. 12) are **GRANTED**;

2. the case is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings consistent with the Memorandum Opinion;

3. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously; and

4. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

_/s/ Henry S. Perkin_
HENRY S. PERKIN
United States Magistrate Judge